UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REUEL E. COHN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN CLIFF,<br><br>　　　　　　　Defendant. | CASE NO. **2:26-cv-02231-LK**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt.1) and recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED 29th day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1